UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MENCHACA, ) | NO. SA CV 09-1115-JHN(E) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER ADOPTING FINDINGS, |
| ) | |
| JOHN F. SALAZAR, Warden, ) | CONCLUSIONS AND RECOMMENDATIONS |
| ) | |
| Respondent. ) | OF UNITED STATES MAGISTRATE JUDGE |
| ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation, except for page 14, lines 1-21 thereof, which is hereby replaced with the following:

In Hayward, the Ninth Circuit held that, "in the absence of state law establishing otherwise, there is no federal constitutional requirement that parole be granted in the absence of 'some evidence' of future

dangerousness. . . ." Hayward, 603 F.3d at 561. The Hayward Court suggested that a federal Due Process liberty interest might arise when state law establishes such a requirement. Id. Ultimately, however, the Hayward Court stated that it did not need to decide whether a federal Due Process liberty interest arises because of California law's requirement that parole be granted in the absence of "some evidence" of future dangerousness. Id. at 562-63. The Hayward Court stated that it did not need to decide this issue given the fact that California's "some evidence" requirement is "exactly the same" as the requirement previously applied in pre-Hayward Ninth Circuit case law. Id. at 562-63 (citing Lawrence and Shaputis). Therefore, in a habeas case challenging a finding of parole unsuitability in California, the federal district court "need only decide whether the California judicial decision [upholding the finding] was an 'unreasonable application' of the California 'some evidence' requirement, or was 'based on an unreasonable determination of the facts in light of the evidence.'" Id. (citing 28 U.S.C. §§ 2254(d)(1), (2)); but cf. Cooke v. Solis, ___ F.3d ___, 2010 WL 2330283, at *6 (9th Cir. June 4, 2010) (appearing to state that California's "some evidence" standard creates a "federally enforceable liberty interest") ("Cooke"); Pearson v. Muntz, 606 F.3d 606, 2010 WL 2108964, at *2 (9th Cir. 2010) ("Pearson") ("By holding that a federal habeas court may review the reasonableness of the state court's application of the California 'some evidence' rule, Hayward

2

necessarily held that compliance with the state requirement is mandated by federal law, specifically the Due Process Clause").

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____July 8_____, 2010.

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE