# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MENCHACA,<br><br>      Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden,<br><br>      Respondent. | NO. SA CV 09-1115-JHN(E)<br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: _____July 8_____, 2010.

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE